1  REICH & BINSTOCK, LLP
   4265 SAN FELIPE, SUITE 1000
2  HOUSTON, TX 77027
   Dennis J. Reich, TX Bar No. 16739600
3  Robert J. Binstock, TX Bar No. 02328350
4  Debbie L. Ziegler, TX Bar No. 12219200
   Telephone: (713) 622-7271
5  Facsimile: (713) 623-8724

6
   Attorneys for Plaintiffs, CHARLES MEJIA, SR. and GLORIA MEJIA
7

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____ )  **Case No. C-06-3466 CRB**
    IN RE: BEXTRA AND CELEBREX      )
14  MARKETING SALES PRACTICES AND   )  **MDL NO. 1699**
    PRODUCT LIABILITY LITIGATION    )  **District Judge: Charles R. Breyer**
15                                  )
    _____)
16                                  )
    CHARLES MEJIA, SR., individually, and )
17  GLORIA MEJIA, spouse,           )
                                    )  **STIPULATION AND ORDER OF**
18                      Plaintiffs, )  **DISMISSAL WITH PREJUDICE**
19                                  )
                        vs.         )
20                                  )
    PFIZER, INC., PHARMACIA         )
21  CORPORATION, AND G.D. SEARLE LLC, )
    (FKA G.D. SEARLE & CO.),        )
22                      Defendants. )
23  _____

24
        Come now the Plaintiffs, Charles Mejia, Sr. and Gloria Mejia, and Defendants, by and
25
    through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
26
    hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own
27
    attorneys' fees and costs.
28

DATED: August 31, 2009

                              REICH & BINSTOCK, LLP

                              By: /s/ Dennis J. Reich

                              Dennis J. Reich, TX Bar No. 16739600
                              Robert J. Binstock, TX Bar No. 02328350
                              Debbie L. Ziegler, TX Bar No. 12219200
                              4265 San Felipe Blvd, Suite 1000
                              Houston, Texas 77027
                              Telephone: (713) 622-7271
                              Facsimile: (713) 623-8724

                              Attorneys for Plaintiffs


DATED: Oct. 22, 2009      DLA PIPER LLP (US)

                              By: /s/
                              Matt Holian
                              Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

                              Hon. Charles R. Breyer
                              United States District Court